**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

 GAIL BALSER

                     **Appellant**

    **V.**

 FRANCIS GUNNING ET AL
                    **Appellee**

**CA ACTION**

**NO.  11CV12203-RWZ**

## JUDGMENT

 ZOBEL, D. J.

 In accordance with the MEMORANDUM OF DECISION  entered 10/15/12; Judgment is entered AFFIRMING the Bankruptcy Court on partial summary judgment (10/24/11) and motion to vacate and/or Reconsider (11/22/11).

                    **By the Court,**

   **10/15/12**                     **s/ Lisa A. Urso**
**Date**                            **Deputy Clerk**